Marianne Dugan, Attorney
OSB # 932563
259 E. 5th Ave., Suite 200-D
Eugene, OR  97401
(541) 338-7072
Fax 866-650-5213
mdugan@mdugan.com

    Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JAMES M. MURPHY, M.D. | CASE NO. 3:14-cv-01498-SI |
| Plaintiff, | |
| v. | PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT |
| TUALITY HEALTHCARE, | ORAL ARGUMENT REQUESTED |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 56, plaintiff, by and through his undersigned attorney, hereby moves the Court for partial summary judgment on the issue of whether Dr. Murphy was an employee.  The parties conferred and this motion is opposed.  This motion is based upon the Memorandum and the Declarations and Exhibits filed with the court.

    DATED August 12, 2015.

                              Respectfully submitted,

                              /s/ Marianne Dugan
                              Marianne Dugan, Oregon State Bar # 932563,
                              259 E. 5th Ave., Ste 200-D
                              Eugene, OR 97401
                              (541) 338-7072
                              mdugan@mdugan.com
                              Attorney for Plaintiff

Page 1 - MOTION FOR PARTIAL SUMMARY JUDGMENT